GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
rgoodin@goodinmacbride.com
Francine T. Radford, Bar No. 168269
fradford@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California  94111
Telephone:     (415) 392-7900
Facsimile:     (415) 398-4321

Attorneys for Plaintiff
COMMITTEE OF UNSECURED CREDITORS OF
ENTELOS, INC. FOR AND ON BEHALF OF
BANKRUPTCY ESTATE OF ENTELOS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE OF UNSECURED CREDITORS OF ENTELOS, INC. FOR AND ON BEHALF OF BANKRUPTCY ESTATE OF ENTELOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JULIE THOMAS GOGGIN AND DOES 1-5,<br><br>Defendant. | Case No. C-13-2255 CRB<br><br>**STIPULATION AND ORDER RE CASE MANAGEMENT <u>CONFERENCE</u>** |

CASE NO. C-13-2255 CRB

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE

We hereby stipulate to continue the case management conference from August 16, 2013 at 8:30 a.m. to August 23, 2013 at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: June 20, 2013

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin
Francine T. Radford

By /s/Robert A. Goodin
Robert A. Goodin
Attorneys for Plaintiff
COMMITTEE OF UNSECURED
CREDITORS OF ENTELOS, INC. FOR
AND ON BEHALF OF BANKRUPTCY
ESTATE OF ENTELOS, INC.

Dated: June 20, 2013

WINGHART LAW GROUP
Andrew D. Winghart

By /s/Andrew D. Winghart
Andrew D. Winghart
Attorneys for Defendant
JULIE THOMAS GOGGIN

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: June 26, 2013

The Honorable Charles R. Breyer
United States District Court

*IT IS SO ORDERED — Judge Charles R. Breyer*

- 1 -      CASE NO. C-13-2255 CRB

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE