WINGHART LAW GROUP
Andrew D. Winghart, Bar No. 225099
drew@winghartlaw.com
495 Seaport Court, Suite 104
Redwood City, California 94063
Telephone:     (510) 593-8546
Facsimile:      (866) 941-8593
Attorney for Defendant JULIE THOMAS GOGGIN

GOODIN, MACBRIDE, SQUERI,
DAY & LAMPREY, LLP
Robert A. Goodin, Bar No. 061302
rgoodin@goodinmacbride.com
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:     (415) 392-7900
Facsimile:      (415) 398-4321
Attorneys for Plaintiff
COMMITTEE OF UNSECURED CREDITORS OF
ENTELOS, INC. FOR AND BEHALF OF
BANKRUPTCY ESTATE OF ENTELOS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE OF UNSECURED CREDITORS OF ENTELOS, INC. FOR AND BEHALF OF BANKRUPTCY ESTATE OF ENTELOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JULIE THOMAS GOGGIN, an individual, and DOES 1-5, inclusive,<br><br>Defendant | Case No.: **C-13-2255 CRB**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ~~PROPOSED~~ ORDER THEREON**<br><br>Date:   September 26, 2014<br>Time:  8:30 a.m.<br>Dept.   6, 17th Floor<br>Honorable Charles R. Breyer |

- 1 -
**STIPULATION AND ~~PROPOSED~~ ORDER**
*Com. Of Unsecured Creditors Of Entelos, Inc.  v. Goggin et al.*; No. C-13-2255 CRB

**STIPULATION**

WHEREAS, the Plaintiff Committee of Unsecured Creditors of Entelos, Inc. and Defendant Julie Thomas Goggin, through their respective counsel having meet and conferred in good faith; and

WHEREAS counsel for the Defendant will be unavailable on the previously set date of September 26, 2014 for the Case Management Conference to attend to a personal matter for his son; and

WHEREAS, there is no other counsel who could appear on behalf of the Defendant in this matter; and

WHEREAS the Parties agree the matter will not be prejudiced or delayed by this Request;

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD STIPULATE AS FOLLOWS AND ASK THE COURT TO ORDER AS FOLLOWS:

That the Case Management Conference, shall be continued from September 26, 2014 to October 3, 2014, or such other further date as the Court deems appropriate.

.

Dated this 21st of August, 2014.    GOODIN, MACBRIDE, SQUERI,
                                    DAY & LAMPREY, LLP
                                    Robert A. Goodin
                                    Francine T. Radford


                                    /S/
                                    _____
                                    Robert A. Goodin
                                    Attorneys for Plaintiff
                                    COMMITTEE OF UNSECURED
                                    CREDITORS OF ENTELOS, INC. FOR
                                    AND BEHALF OF BANKRUPTCY ESTATE
                                    OF ENTELOS, INC.

WINGHART LAW GROUP

Dated this 21st of August, 2014.          WINGHART LAW GROUP
                                          Andrew D. Winghart

                                          /S/
                                          _____
                                          Andrew D. Winghart
                                          Attorney for Defendant
                                          JULIE THOMAS GOGGIN

### ~~PROPOSED~~ ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefor, the Case Management Conference scheduled for September 26, 2014, shall be continued to October 10, 2014, at 8:30 a.m

IT IS SO ORDERED:

DATED: August 25, 2014                    _____
                                          The Honorable Charles R. Breyer
                                          United States Senior District Judge