UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMITTEE OF UNSECURED CREDITORS OF ENTELOS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> JULIE THOMAS GOGGIN, <br><br> Defendant(s). <br> _____/ | No. C 13-02255 CRB (LB) <br><br> **ORDER REGARDING SETTLEMENT CONFERENCE** |

The parties' settlement briefs omit information required by the court's October 10, 2014 order at ECF 29. The court orders as follows:

1. The parties need to reiterate that the demands and responses referenced in Plaintiff's settlement brief are the operative numbers.

2. Defendant needs to specify who is coming, including the name and title of the attending insurance representative. That person must have the appropriate settlement authority required by the court's settlement order and must read Plaintiff's exchanged statement and attachments before the settlement conference. Plaintiff should examine whether that representative has the right level of responsibility given the demand.

3. Defendant must submit fees and costs to date and projected to trial.

4. Defendant must attend in person.

ORDER (C 13-02255 CRB (LB))

Recognizing that Plaintiff is the creditors' committee, the court also asks Plaintiff to consider from an optics perspective who should attend, given that the issues will include giving the insurance company the opportunity to realistically assess its exposure.  (It may be that the proffered declarations will have to satisfy that issue but settlement conferences provide a unique opportunity to see how a case might look at trial.)

This information is due by **noon on Thursday, January 15, 2015** and may be emailed to the court's orders box at lbpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 14, 2015

LAUREL BEELER
United States Magistrate Judge

ORDER (C 13-02255 CRB (LB))

2