

**WLG**
WINGHART LAW GROUP

January 13, 2015

The Honorable Judge Laurel Beeler  (*Via E-mail Only*)
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

     RE: Committee of Unsecured Creditors of Entelos, Inc. for and on Behalf
     of Bankruptcy Estate of Entelos, Inc. v. Julie Thomas Goggin and Does 1-5

Dear Judge Beeler:

   My office represents the Defendant, Julie Thomas Goggin, in the above matter, which is scheduled for a Settlement Conference before Your Honor on Friday, January 16, 2015.

   I was advised Monday, January 12, my client will be unable to attend this conference in person.  She advised that prior correspondence to her relating to this Conference was never received and consequently, no travel plans were made.  As a single mother of two she cannot make timely arrangements for the care of her children while she travels to California this Friday.  She has asked if she may attend telephonically.

   I have advised Plaintiff's counsel of the situation and they have stated a preference to maintain the settlement conference date on calendar.  A copy of this correspondence is attached hereto.

   On behalf of the Defendant, Mr. Richard Levine, a representative of the insurance carrier defending this matter, will be personally attending with myself.

   I understand this request is substantially late given Your Honor's procedures.  However, I have presented it to Your Honor as soon as the matter was made known to this office and I will be available to address any concerns which you may have when considering this request.

   Respectfully submitted,

   Dated: January 14, 2015

         Sincerely,

*DENIED*

Judge Laurel Beeler

         Andrew Winghart
         Winghart Law Group

495 Seaport Court
Suite 104
Redwood City, CA 94063

    Cc: All Counsel of Record
    (*Via E-mail Only*)

p  510.593.8546
f  866.941.8593
e  drew@winghartlaw.com

From: **FRadford** FRadford@goodinmacbride.com
Subject: RE: Committee of Unsecured Creditors of Entelos, Inc. for and on Behalf of Bankruptcy Estate of Entelos, Inc. v. Julie Thomas Goggin and Does 1-5
Date: January 13, 2015 at 10:47 AM
To: Andrew Winghart drew@winghartlaw.com, DAlbano DAlbano@goodinmacbride.com
Cc: RGoodin RGoodin@goodinmacbride.com, KJohnson KJohnson@goodinmacbride.com

Thank you for letting us know, Drew.  We do not want to reschedule the conference, so if it is absolutely impossible for the defendant to participate in person, we do not object to going forward on this basis.  Also, I note that the judge's order requires a written request for a telephone appearance two weeks before the conference.

Fran

---

**From:** Andrew Winghart [mailto:drew@winghartlaw.com]
**Sent:** Monday, January 12, 2015 4:55 PM
**To:** DAlbano
**Cc:** RGoodin; FRadford; KJohnson
**Subject:** Re: Committee of Unsecured Creditors of Entelos, Inc. for and on Behalf of Bankruptcy Estate of Entelos, Inc. v. Julie Thomas Goggin and Does 1-5

All,

While the carrier will have a representative attending the settlement conference; Mrs. Goggin will be unable to attend.  Does the Plaintiff have any objection to her being available by phone?

Drew
--------------------
Drew Winghart
Winghart Law Group
Direct: (510) 593-8546
Fax: (866) 941-8593
Drew@WinghartLaw.com
www.winghartlaw.com
skype: drewwinghart

495 Seaport Court
Suite 104
Redwood City, CA 94063

This e-mail message and the information it contains are intended to be privileged and confidential communications protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you have received this e-mail message in error, please notify the sender by e-mail at Drew@WinghartLaw.com and permanently delete this message.

On Jan 9, 2015, at 3:26 PM, DAlbano <DAlbano@goodinmacbride.com> wrote:

Please see attached.

**Danielle Albano**

Assistant to Robert A. Goodin and Francine T. Radford

tel 415.392.7900 | fax 415.398.4321

505 Sansome Street, Suite 900 | San Francisco, CA 94111

dalbano@goodinmacbride.com

vCard | www.goodinmacbride.com

<image001.gif>

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

<Exchanged Confidential Settlement Conference Statement (X169056).PDF>